JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVEN JACKSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PRIME NOW LLC, a California limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19−cv−09833 DSF (JEMx)<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DALE S. FISCHER<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint filed: October 10, 2019 (Los Angeles Superior Court) |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

ORDER GRANTING DISMISSAL

2.

**ORDER**

The Court has reviewed the Joint Stipulation for Dismissal with Prejudice filed by Defendant PRIME NOW LLC and Plaintiff RAVEN JACKSON.

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear their own respective attorneys' fees and costs incurred in this action.

IT IS SO ORDERED.

Dated: October 19, 2020

_____
HON. DALE S. FISCHER

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

ORDER GRANTING DISMISSAL

3.